UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE LEE JAMES, JR., | Case No. 2:19-cv-1380-KJD-EJY |
| Plaintiff, | ORDER |
| v. | |
| LAS VEGAS METRO POLICE DEPT., *et al.*, | |
| Defendant. | |

Before the Court for consideration is the Order and Report and Recommendation (#8) of Magistrate Judge Elayna J. Youchah entered November 20, 2019, denying Plaintiff's motions for production of papers (#6) and for appointment of counsel (#7) and also recommending that Plaintiff's complaint be dismissed as to Count I through VI with prejudice and that Plaintiff be given leave to file an amended complaint. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation and has also failed to meet his deadline to file an amended complaint. Further, Plaintiff has failed to update his current mailing address with the Court as required by the local rules.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#8) of the United States Magistrate Judge entered November 20, 2019, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#8) entered November 20, 2019, are **ADOPTED** and **AFFIRMED**;

1      IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED**.

Dated this 31st day of December, 2019.

                                                                                         _____
                                                                                         Kent J. Dawson
                                                                                         United States District Judge